DICKEY, Appellant, v. ORR et al.; DICKEY, Appellant, v. HOLMES et al.; and DICKEY, Appellant, v. ORR et al.

**Division Two, December 24, 1907.**

Appeal from Jackson Circuit Court.—*Hon. John G. Park*, Judge.

TRANSFERRED TO KANSAS CITY COURT OF APPEALS.

BURGESS, J.—These are all companion cases of Dickey v. Holmes et al., just decided, and reported at page 664 of this volume. They are on all-fours with that case, and for the reasons assigned in that case this court declines to take jurisdiction of them, and orders the records and papers pertaining to each to be transferred to the Kansas City Court of Appeals.

All concur.